IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | |
| Information associated with the email address taylorleo576@gmail.com, that is stored at premises owned, maintained, controlled, or operated by Google, Inc., 1600 Amphitheatre Parkway Mountain View, CA 94043 | 8:19MJ147 8:19MC110  ORDER TO UNSEAL |

This matter is before the court on the government's motion to unseal (Filing No. 3). The motion is granted.

IT IS SO ORDERED.

Dated this 8th day of April, 2021.

BY THE COURT:

_Susan M Bazis_
SUSAN M. BAZIS
United States Magistrate Judge